UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Gyan Kalwani;** <br> **Sum Hong**; and Does 1-10, <br><br> Defendants | **Case No:** 2:14-CV-00895-LKK-CKD <br><br> **Order continuing Scheduling Conference** |

Having read Plaintiff's Declaration regarding the upcoming Scheduling Conference:

**IT IS ORDERED** that the Scheduling Conference and all accompanying dates be continued until: October 6, 2014 at 10:00 a.m.

Date: June 16, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-

Proposed Order continuing Scheduling Conferece            **:** 2:14-CV-00895-LKK-CKD