UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

GYAN KALWANI, et al.,

    Defendants.

No. 2:14-cv-0895 LKK CKD

ORDER

The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

Dated: August 26, 2014

    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

johnson-kalwani.rec