UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>GYAN KALWANI, SUM HONG and DOES-1-10<br><br>      Defendants. | Case: 2:14-CV-00895-JAM-AC<br><br>**ORDER RE:**<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR THE PARTIES TO FILE DISMISSAL DOCUMENTS** |

**ORDER**

The parties shall be granted an extension to August 08, 2015 to file dismissal documents in this case.

Dated: 7/8/2015          /s/ John A. Mendez
                         HONORABLE John A. Mendez
                         UNITED STATES DISTRICT COURT JUDGE