UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

   Plaintiff,

v.

GYAN KALWANI, SUM HONG and DOES-1-10,

   Defendants,

**Case No**. 2:14-CV-00895-JAM-AC

ORDER TO EXTEND DATE FOR FILING DISMISSAL

  Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant GYAN KALWANI ("Defendant") hereby stipulate to extend the deadline to file Dismissal to September 08, 2015.  No further extensions will be permitted absent a showing of good cause.

  IT IS SO ORDERED

  Dated:  8/6/2015

      /s/ John A. Mendez_____

      United States District Court Judge

1