UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GYAN KALWANI, SUM HONG and DOES-1-10<br><br>　　　　Defendants. | Case: 2:14-CV-00895-JAM-AC<br><br>**ORDER OF DISMISSAL FOR DEFENDANT SUM HONG** |

**<u>ORDER</u>**

Defendant SUM HONG is hereby ordered dismissed without prejudice.

Dated: 9/8/2015　　　/s/ John A. Mendez_____
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE